UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP JOVE LEIB-PODRY,
                  Plaintiff,

-v-

WILLIAM HENRY GATES III,
                  Defendant.

24-CV-8510 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant removed this case—which had been filed in state court—to this Court. The Plaintiff is directed to submit a letter to this Court within 14 days indicating his address and confirming that he wishes to proceed in this case as a self-represented party ("*pro se*").

For information on the Court's practices in *pro se* cases, including information on how to communicate questions to the Court, the parties should refer to the Individual Rules of Practice in *Pro Se* Cases, which are available at: https://nysd.uscourts.gov/hon-j-paul-oetken. For matters not addressed in the specific rules for *pro se* cases, the parties should refer to the Court's general Individual Rules of Practice. *Pro se* parties should submit all papers to the Court in one of the following ways:

    a. emailing them as an attachment in PDF format to prose@nysd.uscourts.gov, in which case he should follow the instructions contained in the April 1, 2020 Addendum to the Court's ECF Rules & Instructions, available at:

    https://www.nysd.uscourts.gov/electronic-case-filing; or

    b. mailing them or delivering them in person to the following address:

    U.S. District Court
    Southern District of New York
    Pro Se Intake Unit
    Room 205

500 Pearl Street
New York, New York 10007

To ensure timely service of documents, including court orders, *pro se* parties are encouraged to consent to receive electronic service through the ECF System. To do so, a *pro se* party should review the instructions available at https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf, and then submit a Consent to Electronic Service (available at https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf).

If the parties agree to have all proceedings conducted by the designated magistrate judge, then they must complete and sign the "Consent to Magistrate Judge" form—available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf—and submit it to Judge Oetken's chambers by email at OetkenNYSDChambers@nysd.uscourts.gov. In the event of such consent, the parties will retain their rights to appeal, but any appeal will go directly to the United States Court of Appeals for the Second Circuit.

Defendant is directed to serve a copy of this order on the *pro se* Plaintiff.

SO ORDERED.

Dated: November 13, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge