UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILIP JOVE LEIB-PODRY,

                Plaintiff,

  -against-                                        24 **CIVIL** 8510 (JPO)

## **JUDGMENT**

WILLIAM HENRY GATES III,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 30, 2025, Defendant's motion to dismiss is GRANTED, Plaintiff's motion to amend is DENIED, and Plaintiff's motions for summary judgment and to compel mediation and stay the case are DENIED as moot.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).; accordingly, the case is closed.

**Dated:**  New York, New York

       June 30, 2025

                                                                         **TAMMI M. HELLWIG**
                                                                           **Clerk of Court**

                                   **BY:**

                                                                            **Deputy Clerk**